UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD LATIMER,<br><br>　　　　Defendant. | Case No. CR15-261RSM<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

　　This matter has come before the Court on Richard Latimer's motion to terminate his remaining period of supervised release. The Court has reviewed the defendant's motion, the response of the government, the defendant's reply and the records and files herein.

　　IT IS NOW ORDERED that Defendant's motion for early termination of supervised release is DENIED.

　　DATED this 21st day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　／s／ Ricardo S. Martinez
　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1